1
2
3
4
5
6
7
8
9
10

**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

11

TONY A. LUCERO,

No. CV 09-02879 CRB

12

       Plaintiff,

**ORDER SETTING HEARING AND BRIEFING SCHEDULE FOR MOTION TO DISMISS AND MOTION TO SUPPRESS**

13

  v.

14

AMERICAN HOME MORTGAGE,

15

       Defendant.

16

                                 /

17        On August 11, 2009, this Court issued an Order to Show Cause why Plaintiff Tony

18 Lucero's case should not be dismissed under Federal Rule of Civil Procedure 41 for his

19 failure to file an opposition brief to Defendant's Motion to Dismiss and Motion to Suppress.

20 The Court also thereby vacated the hearing on those motions that was calendared for August

21 21, 2009.  Plaintiff subsequently responded that he had not anticipated Defendant's removal

22 of this action to federal court, and that his counsel was not admitted to practice in federal

23 court.  Plaintiff further stated that he had not intended to state a federal cause of action, that

24 he "expressly waive[d]" that cause of action, and that he wished to remand to state court.  In

25 response to this Court's Order of August 24, 2009, Plaintiff has now filed a Statement of

26 Non-Opposition to Removal, acknowledging that the Court has diversity jurisdiction over the

27 case.

28        Therefore, the hearing on Defendant's Motion to Dismiss and Motion to Suppress as

to Plaintiff's non-waived claims shall be held at 10:00 am on October 30, 2009.  Plaintiff's

1  Opposition to Defendant's motions is due on or before October 9, 2009.  Defendant's Reply

2  is due on or before October 16, 2009.

3       **IT IS SO ORDERED.**

4



5  Dated: September 16, 2009

CHARLES  R. BREYER
UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

G:\CRBALL\2009\2879\order re opp brief.wpd          2

**United States District Court**
For the Northern District of California