**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

TONY A LUCERO,

    Plaintiff,

v.

AMERICAN HOME MORTGAGE,

    Defendant.

No. C 09-2879 CRB

**ORDER DISMISSING CASE WITH PREJUDICE**

On January 8, 2010, the Court issued an Order dismissing Plaintiff's Complaint, without prejudice, for failure to prosecute. In the Order, the Court provided Plaintiff with twenty (20) days to file an amended Complaint and warned Plaintiff that a failure to file an amended Complaint within the specified time period would result in dismissal of this action with prejudice.

As of today, April 29, 2010, Plaintiff has not filed the required amended Complaint. Accordingly, this action is dismissed with prejudice, pursuant to Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

Dated: April 29, 2010

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2879\Order dismissing case with prejudice.wpd