1
2
3
4
5
6
7
8

IN THE UNITED STATES DISTRICT COURT

9

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
11

TONY A LUCERO,                                    No. C 09-02879 CRB

12

        Plaintiff,                         **JUDGMENT**

13

  v.

14

AMERICAN HOME MORTGAGE,

15

        Defendant.

16
                                       /

17

     The Court, having dismissed Plaintiff's Complaint with prejudice, enters Judgment in

18

favor of Defendant and against Plaintiff.

19

     **IT IS SO ORDERED.**

20
21
22

Dated: April 29, 2010           CHARLES  R. BREYER
                                UNITED STATES DISTRICT JUDGE

23
24
25
26
27
28

G:\CRBALL\2009\2879\Judgment.wpd

**United States District Court**
For the Northern District of California