IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY A LUCERO,<br><br>    Plaintiff,<br><br>  v.<br><br>AMERICAN HOME MORTGAGE,<br><br>    Defendant. | No. C 09-02879 CRB<br><br>**JUDGMENT** |

    The Court, having dismissed Plaintiff's Complaint with prejudice, enters Judgment in favor of Defendant and against Plaintiff.

    **IT IS SO ORDERED.**

Dated: March 24, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2009\2879\Judgment.wpd