Christine Gardas    SBN: 224550
Attorney at Law
530 43rd Street
Richmond, CA 94805
Tel (415) 407-4918
Fax:  (510) 778-1273
chrisgardas@comcast.net

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY LUCERO, | CIV Case No.  C 09-02879 CRB |
| Plaintiff, | [Removed from Contra Costa County Superior Court Case No. MSC09-00935] |
| v. | |
| AMERICAN HOME MORTGAGE SERVICING, ET AL., | [PROPOSED] ORDER GRANTING EX PARTE MOTION TO RELEASE BOND |
| Defendants. | |

Having read and considered the Ex Parte Motion of Plaintiff TONY LUCERO for an Order to Release the bond tendered by Plaintiff,

**IT IS HEREBY ORDERED** that the Request is GRANTED.  The Clerk of the Court shall release the full amount of the bond proceeds to Plaintiff TONY LUCERO or Plaintiff's counsel, Christine Gardas.

***** END OF ORDER *****

DATED:   April 12, 2012

_____
Hon. Judge Charles R. Breyer
United States District Judge

[Proposed] Order Granting Ex Parte Motion to Release Bond                           Page - 1 -